122 A.3d 1029

## In the Matter of RESUMPTION OF USE OF INDICTING GRAND JURIES IN DAUPHIN COUNTY.

### Petition of Richard A. Lewis, President Judge of Dauphin County Court of Common Pleas.

#### No. 110 MM 2015.

Supreme Court of Pennsylvania.

Sept. 8, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of September, 2015, the Petition to Summon an Indicting Grand Jury is **GRANTED.**